E-FILED on  11/4/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>DESTRUCTION OF FIREARMS AND AMMUNITION | No. C-09-80136 MISC RMW<br><br>ORDER DENYING MOTION TO WITHDRAW<br><br>**[Re Docket No. 11]** |

On October 27, 2009 Orrick, Herrington, & Sutcliffe ("Orrick") moved to withdraw as Kevin Dugan's ("Dugan") counsel in this action. The court applies California's Rules of Professional Conduct to determine whether withdrawal is proper. *E.g.*, *Cal. Native Plant Soc'y v. U.S. E.P.A.*, 2008 WL 4911162, *1 (N.D. Cal. Nov. 14, 2008); *Elan Transdermal Ltd. v. Cygnus Therapeutic Systems*, 809 F. Supp. 1383, 1387 (N.D. Cal. 1992). The motion to withdraw does not set forth any basis for the motion to withdraw besides the fact that Orrick is no longer representing Dugan in his related criminal appeal. Furthermore, it does not appear from the motion to withdraw that Dugan has been served with the motion. Orrick's motion to withdraw is denied without prejudice.

DATED:     11/4/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO WITHDRAW—No. C-09-80136 MISC RMW
AKT

**Notice of this document has been sent to:**

**Counsel for United States:**

David Countryman      david.countryman@usdoj.gov
Brian Joseph Stretch      brian.stretch@usdoj.gov

**Counsel for Interested Party:**

Alyson C Decker      adecker@orrick.com

**Interested Party:**

Kevin Dugan
No. 99865-111
FCI La Tuna
P.O. Box 3000
Anthony, TX 88061

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/4/09                        CCL
                                                          **Chambers of Judge Whyte**

For the Northern District of California

ORDER DENYING MOTION TO WITHDRAW—No. C-09-80136 MISC RMW
AKT
2