**E-FILED on**    12/2/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>DESTRUCTION OF FIREARMS AND AMMUNITION | No. C-09-80136 MISC RMW<br><br>ORDER GRANTING AMENDED MOTION TO WITHDRAW<br><br>**[Re Docket No. 15]** |

On November 4, 2009, Orrick, Herrington, & Sutcliffe filed an amended motion to withdraw as Kevin Dugan's counsel. Mr. Dugan has been served with this motion. On November 17, 2009, the court issued an order stating that if Mr. Dugan did not file an opposition within 10 days, the court would grant the motion to withdraw. Because Mr. Dugan has not filed an opposition, the court hereby grants the motion to withdraw.

DATED:    12/2/09

RONALD M. WHYTE
United States District Judge

ORDER GRANTING AMENDED MOTION TO WITHDRAW—No. C-09-80136 MISC RMW
CCL

**Notice of this document has been sent to:**

**Counsel for United States:**

David B. Countryman    david.countryman@usdoj.gov
Brian Joseph Stretch    brian.stretch@usdoj.gov

**Counsel for Interested Party:**

Alyson C. Decker    adecker@orrick.com
Warrington S. Parker, III    wparker@orrick.com

**Interested Party:**

Kevin Dugan
No. 99865-111
FCI La Tuna
P.O. Box 3000
Anthony, TX 88061

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    12/2/09        CCL
                                                              **Chambers of Judge Whyte**